**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0206 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR TRANSCRIPT OF SENTENCING HEARING AND TO PREPARE FINAL TRANSCRIPT** |
| ANTONIO MAGANA-CASTILLO, | |
| Defendant. | |

Defendant moves for a transcript of his sentencing hearing. That motion is **GRANTED**. The court reporter shall prepare a final transcript of the sentencing hearing on August 5, 2010. When the court reporter has filed the final transcript on the docket, the Clerk shall send a copy to defendant free of charge and indicate such action on the docket. At that point, a deadline will be set for defendant to file his memorandum in support of his Section 2255 motion. The Clerk shall serve this order on defendant, Joan Columbini, and the government.

**IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE