IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00206 WHA |
| Plaintiff, | |
| v. | **ORDER REQUIRING RESPONSE FROM GOVERNMENT** |
| ANTONIO MAGANA-CASTILLO, | |
| Defendant. | |

    The Court is in receipt of a letter from defendant Antonio Magana-Castillo regarding a recent amendment to the federal sentencing guidelines for illegal reentry (Dkt. No. 19). Defendant requests that the new amendment be applied to his case. The government is ordered to provide a response and recommendation to the Court by **NOON ON FEBRUARY 7, 2012**.

    **IT IS SO ORDERED.**

Dated: January 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE