IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00206 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING DEADLINE FOR FILING MEMORANDUM IN SUPPORT OF SECTION 2255 MOTION** |
| ANTONIO MAGANA-CASTILLO, | |
| Defendant. | |

Defendant has moved to vacate, set aside, or correct his sentence, asserting ineffective assistance of counsel. Defendant also moved for a transcript of his sentencing hearing. The motion for a transcript was granted. The final transcript of the sentencing hearing was filed on the docket on February 1, 2012, and a copy of the final transcript was mailed to defendant free of charge. Defendant shall file his memorandum in support of his Section 2255 motion by **MARCH 30, 2012**.

**IT IS SO ORDERED.**

Dated: February 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE